UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE CANADA,<br><br>        Plaintiff,<br><br>    v.<br><br>M. LEAUENS,<br><br>        Defendant. | No. 2:15-cv-1827 DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief pursuant to 42 U.S.C. § 1983. (ECF No. 1). The action was filed on July 29, 2015.

On August 20, 2018, defendant filed a motion for an order requiring security. (ECF No. 20). In it, defendant argues requiring plaintiff to post security in the amount of $5,100.00 is in order because he meets the State's definition of a vexatious litigant and there is no reasonable probability that he will prevail in this litigation. (See ECF No. 20 at 7-15).

To date, plaintiff has not filed an opposition to defendant's motion. However, on September 28, 2018, plaintiff filed a notice of voluntary dismissal. (ECF No. 21).

////

////

////

Accordingly, IT IS HEREBY ORDERED that defendant notify this court within seven days whether he has any objection to the dismissal of this action. Should defendant fail to respond, plaintiff's voluntary dismissal request (ECF No. 21) will be granted pursuant to Fed. R. Civ. P. 41(a)(2), and defendant's motion for an order requiring security (ECF No. 20) will be denied as moot.

Dated: October 5, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/cana1827.59a